AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of:
(Address or brief description of property or premises to be seized)

**SEIZURE WARRANT**

CASE NUMBER: 07-547-M-01

2005 Bentley, Maryland license HELMET,
VIN SCBCR63W15C028601,
registered to **Richard Jude Walters**

TO: __Director, Federal Bureau of Investigation__, and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Debra L. LaPrevotte__ who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely: (describe the property to be seized)

    2005 Bentley, Maryland license HELMET, VIN SCBCR63W15C028601,
    registered to **Richard Jude Walters**.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

**NOV 0 6 2007**

Date and Time Issued

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer

at Washington, D.C.

_[signature]_

Signature of Judicial Officer

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 11/6/07 | 11/7/07 12:29 pm | Left at Residence |
| INVENTORY MADE IN THE PRESENCE OF | | |
| | | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

one 2005 Bentley
VIN: SCBCR63W15C028601

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_Dale Raveaux_ (signature)

**FILED**

NOV 20 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____
U S Judge or U S Magistrate Judge

11-20-07
Date